B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KLM Plumbing Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0390158** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5702 Industry Lane**<br>**Suite B19**<br>**Frederick, MD**　　ZIP Code **21704** | Street Address of Joint Debtor (No. and Street, City, and State):　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Frederick** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KLM Plumbing Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KLM Plumbing Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Jeffrey M. Sherman** Signature of Attorney for Debtor(s) **Jeffrey M. Sherman 08505** Printed Name of Attorney for Debtor(s) **Law Office of Jeffrey M. Sherman** Firm Name **1600 N. Oak Street Suite 1826 Arlington, VA 22209** Address Email: jeffreymsherman@gmail.com **703-358-9568** Telephone Number **September  9, 2014** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ James Morgan** Signature of Authorized Individual **James Morgan** Printed Name of Authorized Individual **Owner** Title of Authorized Individual **September  9, 2014** Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **KLM Plumbing Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aronson LLC<br>805 King Farm Blvd<br>Suite 300<br>Rockville, MD 20850 | Aronson LLC<br>805 King Farm Blvd<br>Suite 300<br>Rockville, MD 20850 | | | 8,815.00 |
| AT&T Mobility<br>P.O. Box 769<br>Arlington, TX 76004 | AT&T Mobility<br>P.O. Box 769<br>Arlington, TX 76004 | | | 3,347.13 |
| CEA Insulation<br>13017 Orleans Street<br>Woodbridge, VA 22192 | CEA Insulation<br>13017 Orleans Street<br>Woodbridge, VA 22192 | | | 4,852.00 |
| Craig Cluckey<br>209 E. Major Street<br>Kearney, MO 64060 | Craig Cluckey<br>209 E. Major Street<br>Kearney, MO 64060 | | | 9,000.00 |
| Diversions Plublications<br>6 N. East Street<br>Suite 301<br>Frederick, MD 21701 | Diversions Plublications<br>6 N. East Street<br>Suite 301<br>Frederick, MD 21701 | | | 7,519.39 |
| Fleet Services<br>350 N. Orleans Street<br>#300<br>Chicago, IL 60654 | Fleet Services<br>350 N. Orleans Street<br>#300<br>Chicago, IL 60654 | | | 1,800.00 |
| Frederick Magazine<br>6 N. East Street<br>Suite 301<br>Frederick, MD 21702 | Frederick Magazine<br>6 N. East Street<br>Suite 301<br>Frederick, MD 21702 | | | 5,284.00 |
| Harvey Property Management<br>6931 Arlington Road<br>Bethesda, MD 20814 | Harvey Property Management<br>6931 Arlington Road<br>Bethesda, MD 20814 | | | 3,393.32 |
| Jamie Morgan<br>6411 Mercantile Drive E<br>Frederick, MD 21703 | Jamie Morgan<br>6411 Mercantile Drive E<br>Frederick, MD 21703 | | | 6,251.63 |
| Keller Stonebraker<br>47 E. South Street<br>#103<br>Frederick, MD 21701 | Keller Stonebraker<br>47 E. South Street<br>#103<br>Frederick, MD 21701 | | | 6,927.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **KLM Plumbing Inc.**                                            Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Maryland State<br>301 West Preston Street<br>Room 409<br>Baltimore, MD 21201 | Maryland State<br>301 West Preston Street<br>Room 409<br>Baltimore, MD 21201 | taxes 2010-2012 | | 88,722.76 |
| Maryland State Comptroller<br>301 W Preston Street<br>Baltimore, MD 21201 | Maryland State Comptroller<br>301 W Preston Street<br>Baltimore, MD 21201 | | Disputed | 65,729.00 |
| Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | | | 8,964.22 |
| Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | | | 8,530.46 |
| Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | Maryland State Licensing<br>1100 North Eutaw Street<br>Baltimore, MD 21201 | | | 5,484.57 |
| Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143 | Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143 | | | 2,240.48 |
| Skipjack<br>8500 Governors Hill Drive<br>MD 1gh3y1<br>Cincinnati, OH 45249 | Skipjack<br>8500 Governors Hill Drive<br>MD 1gh3y1<br>Cincinnati, OH 45249 | | | 2,464.37 |
| The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 | The Hartford<br>One Hartford Plaza<br>Hartford, CT 06155 | | | 1,879.70 |
| Tradesman<br>4478 Solutions Center<br>Chicago, IL 60677 | Tradesman<br>4478 Solutions Center<br>Chicago, IL 60677 | | Disputed | 48,071.14 |
| Washington Winnelson Company<br>5710 Columbia Park Road<br>Hyattsville, MD 20785 | Washington Winnelson Company<br>5710 Columbia Park Road<br>Hyattsville, MD 20785 | | Disputed | 59,573.87 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September  9, 2014**                    Signature  **/s/ James Morgan**
                                                           **James Morgan**
                                                           **Owner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re **KLM Plumbing Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 9, 2014**

**/s/ James Morgan**
**James Morgan**/**Owner**
Signer/Title

ABC Advertising Agency
400 S. Osage Street
Sedalia, MO 65301


Ace Cash Express
1170 West Patrick Street
Frederick, MD 21703


Aronson LLC
805 King Farm Blvd
Suite 300
Rockville, MD 20850


AT&T Mobility
P.O. Box 769
Arlington, TX 76004


CEA Insulation
13017 Orleans Street
Woodbridge, VA 22192


Comcast
One Comcast Center
Philadelphia, PA 19103


Craig Cluckey
209 E. Major Street
Kearney, MO 64060


DC Treasurer
1275 K Street NW
Suite 600
Washington, DC 20005


Deluxe
P.O. Box 742572
Cincinnati, OH 45274

Diversions Plublications
6 N. East Street
Suite 301
Frederick, MD 21701


Economy Bonds
P.O. Box 276165
Sacramento, CA 95827


Edward Crum CPA
415 West Patrick Street
Frederick, MD 21701


First Data Merchants Services
P.O. Box 6600
Hagerstown, MD 21740


Fleet Services
350 N. Orleans Street
#300
Chicago, IL 60654


Frederick Magazine
6 N. East Street
Suite 301
Frederick, MD 21702


Harvey Property Management
6931 Arlington Road
Bethesda, MD 20814


Internal Revenue Service
Internal Revenue Service
Philadelphia, PA 19154


Jamie Morgan
6411 Mercantile Drive E
Frederick, MD 21703

Keller Stonebraker
47 E. South Street
#103
Frederick, MD 21701


Liberty Mutual
100 Liberty Way
Dover, NH 03820


Maryland State
301 West Preston Street
Room 409
Baltimore, MD 21201


Maryland State Comptroller
301 W Preston Street
Baltimore, MD 21201


Maryland State Licensing
1100 North Eutaw Street
Baltimore, MD 21201


Maryland Unemployment Insurance Fund
500 N Calvert Street
#401
Baltimore, MD 21202


NEXimage
P.O. Box 1832
Frederick, MD 21702


PG County Parking
1300 Mercantile Lane
Suite 108
Upper Marlboro, MD 20774


Potomac Edison
76 South Main Street
Akron, OH 44308

Precision Tune Auto
5831 H Buckeystown Pike
Frederick, MD 21704


Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143


Quill
P.O. Box 37600
Philadelphia, PA 19101


Reproduction Services
4531 Timbery Drive
Jefferson, MD 21755


Roaring Springs
P.O. Box 4897
Gettysburg, PA 17325


Robert Shuster
12850 Middlebrook Road
#225
Germantown, MD 20874


Skipjack
8500 Governors Hill Drive
MD 1gh3y1
Cincinnati, OH 45249


Supermedia
P.O. Box 619009
Dallas, TX 75261


The Hartford
One Hartford Plaza
Hartford, CT 06155

Tradesman
4478 Solutions Center
Chicago, IL 60677


TRS Recovery Services
P.O. Box 60022
City of Industry, CA 91716


W.B Mason
9420 Gerwig Way
Columbia, MD 21046


Washington Winnelson Company
5710 Columbia Park Road
Hyattsville, MD 20785


WFRE
5966 Grove Hill Road
Frederick, MD 21703


WJLA TV
Swamp Fox Road, Box 1975
Hagerstown, MD 21742


Your4State
201 Humbolt Street
Rochester, NY 14610

# United States Bankruptcy Court
### District of Maryland

In re **KLM Plumbing Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **KLM Plumbing Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 9, 2014**
Date

**/s/ Jeffrey M. Sherman**
**Jeffrey M. Sherman 08505**
Signature of Attorney or Litigant
Counsel for **KLM Plumbing Inc.**
Law Office of Jeffrey M. Sherman
1600 N. Oak Street
Suite 1826
Arlington, VA 22209
703-358-9568
jeffreymsherman@gmail.com